UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Attorney: Dentons US LLP
Address: 1221 Avenue of the Americas  New York, NY 10020-1089

Job #: 1400945

MARCUS LEMONIS,

Plaintiff

vs

A. STEIN MEAT PRODUCTS INC., et al.,

Defendant

Index Number: 14cv3073
Client's File No.:
Court Date:
Date Filed: 05/15/2014

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:
Vincent J. Mannetta, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **5/19/2014**, at **08:50 AM** at: **5600 FIRST AVENUE, BUILDING B, BROOKLYN, NY 11220** Deponent served the within **Summons In A Civil Action, Complaint, Civil Cover Sheet, United States District Court For The Eastern District Of New York NOTICE, Individual Motion Practice And Rules Of Judge Dora L. Irizarry, U.S.D.C.,And Individual Rules Of Magistrate Judge Roanne L. Mann, U.S.D.C.**

On: **A. STEIN MEAT PRODUCTS INC.**, therein named.

☒ **#1 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to Alan Buxbaum personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Partner thereof.

☒ **#2 DESCRIPTION**
Sex: Male   Color of skin: White   Color of hair: Black/Gray   Glasses: No
Age: 55   Height: 5ft 9inch - 6ft 0inch   Weight: 161-200 Lbs.   Other Features:

☐ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

Sworn to before me on 05/19/2014

Ann Marie Melia
Notary Public, State of New York
No. 01ME4914451
Qualified in Nassau County
Commission Expires 12/14/2017

Vincent J. Mannetta
DCA License# 1203246

☐ **#6 MAILING**
being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on:   in an official depository of the United States Postal Service in the State of New York.

:

Sworn to before me on 05/19/2014

Ann Marie Melia
Notary Public, State of New York
No. 01ME4914451
Qualified in Nassau County
Commission Expires 12/14/2017



DCA License#

*Court Support, Inc. 181 Hillside Avenue Williston Park, NY 11596 DCA#1382542*