UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARCUS LEMONIS,

    Plaintiff,

v.

A. STEIN MEAT PRODUCTS INC.,
HOWARD MORA, ALAN BUXBAUM,
And KING SOLOMON FOODS, INC.,

    Defendants.

Index No. 14-cv-03073 (DLI) (RLM)

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, defendant A. Stein Meat Products Inc. ("A. Stein"), by and through its attorneys, Becker, Glynn, Muffly, Chassin & Hosinski LLP, hereby certifies that (i) A. Stein has no parent corporation, and (ii) no publicly held corporation owns 10% or more of its shares.

Dated: New York, New York
       June 24, 2014

                              BECKER, GLYNN, MUFFLY, CHASSIN
                              & HOSINSKI LLP

                              By: _____
                                  Jordan E. Stern
                                  Michelle R. Mufich
                                  299 Park Avenue
                                  New York, New York 10171
                                  (212) 888-3033