UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
                                                                    Case No.:
-----------------------------------------------------------------X  1:14-CV-03073 (DLI)(RLM)
MARCUS LEMONIS,

                                      Plaintiff(s),

  -against-

A. STEIN MEAT PRODUCTIONS, INC., HOWARD
MORA, ALAN BUXBAUM and KING SOLOMON FOODS,
INC.,

                                      Defendant(s)

-----------------------------------------------------------------X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, defendant KING SOLOMON FOODS, INC. ("Solomon"), by and through its attorneys, Gleich, Siegel & Farkas LLP, hereby certifies that (i) Solomon has no parent corporation, and (ii) no publicly held corporation owns 10% or more of its shares.

Dated:      Great Neck, New York
              June 24, 2014

                                              Yours, etc.,

                                              _____
                                              JONATHAN H. FREIBERGER
                                              GLEICH, SIEGEL & FARKAS LLP
                                              *Attorneys for Defendant,*
                                              KING SOLOMON FOODS, INC.
                                              36 South Station Plaza
                                              Great Neck, New York 11021
                                              (516) 482-4436