UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARCUS LEMONIS,

                           **Plaintiff,**                           **ORDER**

                       **-against-**                            **14-CV-3073 (DLI)**

**A. STEIN MEAT PRODUCTIONS, INC., et al.,**

                           **Defendants.**
-----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

The parties have informed this Court that they have accepted its settlement proposal. They are directed to file a Stipulation of Discontinuance with the Clerk of the Court via ECF no later than **May 29, 2015**.

The Clerk is directed to docket and serve this Order via ECF.

        **SO ORDERED.**

Dated:     **Brooklyn, New York**
              **April 29, 2015**

                                                /s/ *Roanne L. Mann*
                                             **ROANNE L. MANN**
                                             **UNITED STATES MAGISTRATE JUDGE**