UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
MARCUS LEMONIS,

    Plaintiff,

              -against-

A. STEIN MEAT PRODUCTS INC., HOWARD
MORA, ALAN BUXBAUM, and KING
SOLOMON FOODS, INC.,

    Defendants.

------------------------------------------------------------- x

Index No.: 1:14-cv-03073 (DLI) (RLM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **WHEREAS**, plaintiff Marcus Lemonis ("Lemonis") filed a complaint on May 15, 2014 (the "Complaint") against defendants A. Stein Meat Products Inc. ("A. Stein"), Howard Mora ("Mora"), Alan Buxbaum ("Buxbaum") and King Solomon Foods, Inc. ("King Solomon"); and

    **WHEREAS**, by Order dated March 6, 2015, the Honorable Dora L. Irizarry dismissed all claims brought by Lemonis against King Solomon; and

    **WHEREAS**, on or about March 27, 2015, Buxbaum and Mora asserted a counterclaim (the "Counterclaim") against Lemonis; and

    **WHEREAS**, through a Confidential Settlement Agreement and Mutual Release, Lemonis, A. Stein, Mora, and Buxbaum have settled fully and finally all disputes between them regarding the Complaint and the Counterclaim;

    IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT:

84195282

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), the above-captioned proceeding is hereby dismissed in its entirety, with prejudice and without fees or costs against any party.

2. This Stipulation may be executed in counterparts, and that facsimile and e-mailed signatures shall be as good and binding upon the parties as an original.

Dated: New York, New York
May 27, 2015

| | |
|---|---|
| BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP | DENTONS US LLP |
| By: _____ | By: _____ |
| Jordan E. Stern | Justin N. Kattan |
| Michelle R. DeMason | Lisa A. Gilbreath |
| 299 Park Avenue, 16th Floor | 1221 Avenue of the Americas |
| New York, New York 10171 | New York, New York 10020 |
| (212) 888-3033 | (212) 768-6700 |
| jstern@beckerglynn.com | justin.kattan@dentons.com |
| mdemason@beckerglynn.com | lisa.gilbreath@dentons.com |
| *Attorneys for Defendant A. Stein Meat Products, Inc., and Defendants-counterclaimants Howard Mora and Alan Buxbaum* | *Attorneys for Plaintiff-counterclaim-defendant Marcus Lemonis* |

SO ORDERED:

_____
U.S.D.J.